Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−17696−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Dawn Cummings
    25 River Rd.
    Apt. C28
    Nutley, NJ 07110

Social Security No.:
    xxx−xx−4246

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/2/23 at 10:00 AM

to consider and act upon the following:

*6* − Order to Show Cause Why Case Should Not be Dismissed for re: Failure to Comply with Local Rule 1006,Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Schedules, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calculation of Commitment Period(122C−1), Calculation of Your Disposable Income (122C−2) − If Applicable, Ch. 13 Plan and Motions (LOCAL FORM), Schedules A/B,C,D,E/F,G,H,I,J, Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/1/2023. Hearing scheduled for 10/5/2023 at 10:00 AM at VFP − Courtroom 3B, Newark. (rh)

Dated: 10/17/23

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court