Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−17696−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dawn Cummings
   25 River Rd.
   Apt. C28
   Nutley, NJ 07110

Social Security No.:
   xxx−xx−4246

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/2/23 at 10:00 AM

to consider and act upon the following:

*6* − Order to Show Cause Why Case Should Not be Dismissed for re: Failure to Comply with Local Rule 1006,Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Schedules, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calculation of Commitment Period(122C−1), Calculation of Your Disposable Income (122C−2) − If Applicable, Ch. 13 Plan and Motions (LOCAL FORM), Schedules A/B,C,D,E/F,G,H,I,J, Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/1/2023. Hearing scheduled for 10/5/2023 at 10:00 AM at VFP − Courtroom 3B, Newark. (rh)

Dated: 10/17/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 23-17696-VFP

Dawn Cummings                                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                                                    Page 1 of 1
Date Rcvd: Oct 17, 2023            Form ID: ntchrgbk                                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

**Recip ID**          **Recipient Name and Address**
db                    + Dawn Cummings, 25 River Rd., Apt. C28, Nutley, NJ 07110-3481

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023                          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:**

**Name**                            **Email Address**
Denise E. Carlon
                                    on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Glenford Washington Warmington
                                    on behalf of Creditor Gateway Condominium Association  Inc. attorneys@lawgapc.com

Marie-Ann Greenberg
                                    magecf@magtrustee.com

U.S. Trustee
                                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4