| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Alison Hart Brafman, Esq.<br>Attorney Id. 025221989<br>Griffin Alexander, P.C.<br>415 Route 10, 2nd Floor<br>Randolph, NJ 07869<br>Ph:(973) 366-1188; Fax:(973) 366-4848<br>Attorney for Creditor, Gateway Condominium Association, Inc. | |
| In Re:<br>DAWN CUMMINGS | Case No.: 23-17696-VFP<br>Chapter: 13<br>Judge: Papalia |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Gateway Condominium Ass. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Griffin Alexander, P.C.
415 Route 10, 2nd Floor
Randolph, NJ 07869
(973)366-1188 Fax: 973-366-4848
attorneys@lawgapc.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐ All documents and pleadings of any nature.

Date: 11/8/2023

/s/ Alison Hart Brafman Esq.
Signature

new.8/1/15